IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 1:24-mj-00101-GMH |
| | ) | |
| | ) | |
| vs. | ) | MOTION FOR A CONTINUANCE |
| | ) | and to EXCLUDE TIME UNDER |
| Justin Daniel Perrou, | ) | the SPEEDY TRIAL ACT |
| | ) | |

    NOW COMES THE DEFENDANT, Justin Daniel Perrou, by and through his undersigned attorney, M.W. Cockrell, III, and moves before this Honorable Court for a continuance of sixty (60) days beyond the November 2024 term of Court.

    This continuance provides additional time and availability for the Defendant:
1) Receive and review new discovery;
2) Further review previous discovery; and
3) continue negotiations for a pretrial resolution.

    Defendant further moves before this Honorable Court to exclude this time under the Speedy Trial Act. Counsel for the Defendant has communicated with the Assistant United States Attorney prosecuting this case and there is no objection or opposition to this motion. Additionally, Counsel has discussed and advised the Defendant of his speedy trial rights and he waives the same and has executed a waiver of his Speedy Trial Rights, freely and voluntarily. He understands the time between November 26, 2024 and the date the status hearing is reset is to be excluded from calculation under the Speedy Trial Act (as evidenced in his waiver) attached as Exhibit 1.

    Respectfully Submitted,
/s/M.W. Cockrell, III
M. W. COCKRELL III
USDC South Carolina ID# 7738
ATTORNEY FOR DEFENDANT
157 MAIN STREET
CHESTERFIELD, SC 29709
(843) 623-5911

November 19, 2024
Chesterfield, South Carolina