# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

United States of America
**PLAINTIFF**

VS.

CASE NO. 1:24-MJ-101 (GMH)

Justin Daniel Percou
**DEFENDANT(S)**

## MOTION

To Release Surety Bond Monies

The above case was dismissed Per Rule 48(a) and was signed by Chief Judge James E. Boasberg on Jan. 22, 2025. Attached are copies of the receipt and dismissal order. Thank you.

RECEIVED
Mailroom
OCT 06 2025
Angela D. Caesar, Clerk of Clerk
U.S. District Court District of Columbia

Signature: Carla Davis
Name (if applicable, Prisoner ID No.): Carla Davis
Address/Facility Address: 412 Oak Street
City: Charleston   State: S.C.   Zip Code: 29407

Rev: 8/8/2024
*Use additional pages as needed