UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-MJ-101 (GMH) |
| JUSTIN DANIEL PERROU, | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 21, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge

Generated: Sep 22, 2025 1:56PM

Page 1/1

# U.S. District Court

## South Carolina None - Charleston

THIS IS A COPY

Receipt Date: Mar 27, 2024 8:46AM

Carlo Davis
412 Oak Street
Charleston, SC 29407

Rcpt. No: 200020076          Trans. Date: Mar 27, 2024 8:46AM          Cashier ID: #EA (3188)

| CD  | Purpose          | Case/Party/Defendant                   | Qty | Price    | Amt      |
|-----|------------------|----------------------------------------|-----|----------|----------|
| 701 | Treasury Registry | DSCX224CR000224 /001 JUSTIN DANIEL PERROU | 1   | 1250.00  | 1250.00  |

| CD | Tender |                              | Amt        |
|----|--------|------------------------------|------------|
| CA | Cash   |                              | $1,250.00  |
|    |        | Total Due Prior to Payment:  | $1,250.00  |
|    |        | Total Tendered:              | $1,250.00  |
|    |        | Total Cash Received:         | $1,250.00  |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

\* Name actually is Carla Davis.